[No. 29101-7-I.   Division One.   January 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARK ELMO
ROSS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02442-8, Robert S. Lasnik, J., entered August 16, 1991. *Dismissed* by unpublished per curiam opinion.

[No. 30212-4-I.   Division One.   January 24, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANKIE
LAVONDRA QUICK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-04177-2, Steven G. Scott, J., entered February 12, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 30150-1-I.   Division One.   January 24, 1994.]

RHONDA W. SHARP, *Appellant*, v. EDWARD CONNELLY,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-5-00826-5, Murray McLeod, J. Pro Tem.,
entered January 15, 1992. *Affirmed* by unpublished per
curiam opinion.

[No. 32367-9-I.   Division One.   January 24, 1994.]

THE STATE OF WASHINGTON, *on the Relation of S.L.M.,
Petitioner,* v. MARY VICTORIA MOORE,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom
County, No. 92-5-00265-2, David A. Nichols, J., entered
February 5, 1993. *Reversed* by unpublished per curiam opinion.